Salinas James State Prison
P.O. Box 1050
Soledad, CA. 93960-1050
(In Pro-Per)

E-filing FILED

JUN - 7 2007

APPEAL NO: 07-80050

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS

FOR THE

NINTH CIRCUIT

C 07 2979 (PR)

JW

"In Re: JEFFREY LAMONT TAYLOR
RESPONDENT

V.

PETER L. SHAW, APPELLATE Commissioner;
NINTH CIRCUIT COURT OF APPEALS;
ORDER, NO: 07-80050; PRE-FILING REVIEW ORDER; ET AL.

CASE NO: 07-80050

"OBJECTING"
To HONORABLE Appellate
Commissioner, "ORDER";
"PRE-FILING REVIEW ORDER"
FILED MAY 15, 2007

NOW COMES PLAINTIFF/ RESPONDENT JEFFREY LAMONT TAYLOR
(IN PRO-PER) INCARCERATED RESPONDENT/ PLAINTIFF.

INTRODUCTION

JEFFREY LAMONT TAYLOR IS A PHYSICALLY AND
MENTALLY DISABLE STATE PRISONER WITH "NO"
SOURCE OF INCOME AND "NO" ASSETS; AFTER
SUFFERING (1) DELIBRATE INDIFFERENCE"; DENIAL
ACCESS TO SERIOUS MEDICAL NEED'S, CARE
SEE NO: 06-16793; TAYLOR-V-WILLARD, DR.
BOWMAN, ET. AL; AFTER "WANTON INFLICTION
PAIN SUFFERING" DUE TO INTERFERRACE TO
SERIOUS DENTAL CARE NEED'S, (2) SEE NO:
06-16794 (3) AFTER BEING BRUTALLY BEATEN ON
SEVERAL OCCASSION'S, WHICH CAUSED PHYSICAL INJURY'S

CONTINUED PAGE (2)
I. INTRODUCTION

EXHIBITS; 1,2,3,4,5,6,7,8,
9,10,11,12,13,14,15, 1258.P.C.

1  Continued From Page (1) "Introduction"

2  Cont P.(2) Intros: WANTON Infliction Pain Suffering,

3  Denial Adequate medical Care, Needs To

4  Cover up Physical Injury's" Bruises —

5  Incidents, of "Brutal Beatings "to "Excessive

6  Force, / Outrageous Conduct By Salem's

7  Valley - State Prison Officials, Custody's

8  Correctional officers, Sargents, Lutents,

9  Captains, Warden's, MTA's, (RN's)- Doctors

10  medical Staff Employees, et, AL., SEE

11  Case No's (1) Taylor -V- Willard, DR. Bowman Et, AL.,

12  06-16793; Due To Deliberate Indifference' Cruel-

13  unusual Punishment, Plaintiff/ Respondent Taylor

14  Was( Physical Injured) / Wanton Infliction

15  Pain, Suffering (Caused) Physical, Emotional Injury's

16  (Caused) SEE: CASE No. 06-16794, Taylor —

17  V- J. Stoker, Kenneth Ponder, DR. Lee, Et. AL., Due

18  To Respondent/ Plaintiff, Taylor Race, Religion

19  Disability's, (He) Was Denied, Delayed

20  Adequate, Dental Care Which Caused (Wanton

21  Infliction Pain, Suffering, Caused 9(00)

22  Teeth To be pulled) Due To Delay-

23  Teeth, Tooth That Could Have Been

24  Saved Had To be pulled) Due To

25  Delay Adequate Dental Care, Teeth Broke

26  off / Chipped / Other Teeth Rotted Which

27  lead, To Wanton Infliction Pain, Suffering

28  Irreparable Damage To Respondent/ Plaintiff

Taylor, Teeth, Appearance For life, /

(2)

:S & P.C.                    Continued Page (3)

1 Continued From page (2) Introduction:
2 Cont P.(2) Intro: SEE EXHIBIT (3) CASE NO: 06-16298 -
3 TAYLOR - V - Remijio; See Selby et. al.. Respondent/Plaintiff
4 TAYLOR WAS Brutally Beaten; physically Assualted
5 Injured) physical AND Emitional DAMAGES -
6 Caused" SEE; EXHIBIT (4) Respondent/Plaintiff
7 TAYLOR WAS Brutally Beaten, Hog Tied with
8 HANDcuff HANDs; legs; Put in Cage for 6 to
9 8 Hrs, physically Injured Due To (Beating)
10 Which Caused) Causeing Respondent (On-
11 Going physical), Emitional Injurys Still-
12 At/ (This Filing)) SEE CASE NO: 06-16796 -
13 TAYLOR - V - G. D. JORDAN, et. al. (5) SEE: CASE
14 NO: 06-16775, TAYLOR - C/O WILSON ; (RN) Williams
15 DR. ADILA; et. al.. Respondent/Plaintiff TAYLOR WAS
16 HANDcuffed, DRAGGed) causeing further Injurys
17 To Already physical Injured Shoulder-/
18 Although Respondent/plaintiff TAYLOR WAS
19 Under Doctor Therapy (Orders) Care
20 Concerning (HANDcuffing) (Transporting, walking
21 C/O WILSON (et. al.. Interfered) With Doctor/
22 physical Therapist(Order's) HAND cuffed,
23 Respondent/Plaintiff TAYLOR (DRAGGed/
24 pulled SHoulder out Socket/ Then
25 (Conspiered) To (Cover-up) / Physical
26 Injurys "Denie") Respondent/Plaintiff TAYLOR -
27 Medical Care need's, Which lead To
28 WANTON Infliction, pain Suffering, physical
   Emtional, Injurys To worsened/
   (3)
   1258 P.C.        Continued page (4)

1  CONTINUED FROM PAGE (3) INTRODUCTION:
2  Cont P. (3) INTRO: SEE EXHIBIT (6) CASE NO: 06-16008; TAYLOR
3  -V- C/O WILSON; APPEAL COOR. ELOY MEDINA; ET. AL., RESPONDENT
4  PLAINTIFF TAYLOR PERSONAL Religious MEDAL, CHAIN WAS TAKEN
5  BY DEFENDANTS C/O WILSON; ET. AL., SOONTHERE AFTER
6  VICTIM COMPENSATION GOVERMENT BOARD) gAVE
7  DEFENDANT'S, ET. AL., CDC THE AUTHORITY TO SETTLE
8  AND PAY, RESPONDENT/ PLAINTIFF TAYLOR OR REJECT
9  INTO TO A 300; DEFENDANT'S C/O WILSON, ET. AL.,
10  REFUSED; SEE: EXHIBIT (7) CASE NO: 05-02247 HRL (PR)
11  TAYLOR -V- C/O TOWER; "D" FACILITY (SNAP) MEDICAL STAFF, SEPT. 27,
12  2004; ET. AL., OUTRAGEOUS CONDUCT BY C/O TOWER ET. AL.
13  HAS, IS CAUSING RESPONDENT/ PLAINTIFF TAYLOR PHYSICAL
14  EMTIONAL, MENTAL INTURY'S SINCE SEPT 27, 2004
15  STILL AT THIS FILING PHYSICAL INTURYS, RETALIATION
16  BEING CARRYED OUT, SUFFERING FROM AT THIS
17  FILING MAY 26, 2007; SEE EXHIBIT (8) CASE NO: 06-
18  16795, "RETALIATION", DUE TO OUTRAGEOUS CONDUCT BY
19  C/O TOWER, CV-05-02245-HRL-(PR) ; D.M. AMANTE, DR.
20  WILLIAMS, ET. AL., WENT INTO (CONSPIRACY) TO COMMIT
21  MURDER, CAUSED/ CAUSEING RESPONDENT/ PLAINTIFF
22  TAYLOR TO BE, LIVE UNDER IMMINENT DANGER/
23  TO SUFFER, PHYSICAL INTURYS, ON SEVERAL
24  OCCASIONS AFTER THE INCIDENT WITH C/O
25  TOWER, ET. AL., C-05-2245-HRL-(PR) SEPT 27, 2004
26  SEE: EXHIBIT (9) CASE NO: THE OUTRAGEOUS CONDUCT
27  COMMITTED BY (RN) FLYNN, C/O MILLER; C/O PACHECO,
28  DR. NGUEN; AFTER SUFFERING PHYSICAL INTURYS
   DUE TO RESPONDENT/ PLAINTIFF TAYLOR PHYSICAL, MENTAL

(4)          CONTINUED PAGE (5)
1259 P.1        Introduction

1  CONTINUED FROM PAGE (4) INTRODUCTION;
2  CONT P(4) INTRO; INJURYS, ILLNESS, (HE) WAS —
3  "FONDLED"/ MOLESTED/ SEXUAL HARRESSED —
4  BY AN. (RN) Flynn Then WHEN Respondent/
5  PlaintIFF TAYLOR COMPlained), FiLED Greivent
6  602 COMPlaint/ (HE) WAS "DENIED" medical
7  CARE, needs, mAde TO SufFer WANTON —
8  InFliction PAin SuffeRing, FALSE 115's 128
9  "CRunch" DisciPlinary Actions WAS TAKEN AGAinst
10 Respondent/ plaintiff TAYLOR TO (SlANDER)
11 PlaintIFF/ RESPONDENT TAYLOR, (TO (COVER-UP)
12 SExual HARRESment, MOLESTATion, fondleTng
13 OF RespondenT/ plaintiff TAYLOR SEE CASE
14 NO: 06-16800/ TAYLOR — V (RN) Flynn, ET, AL,
15 DUE TO RESPONDENT/ PlAintIFF, VICTIM TAYLOR —
16 mEntAL ILLNESS (HE) WAS "MolesTED" BY (RN)
17 Flynn/ WhiCH "COVERED" FOR OTHER
18 DEFENDANTS, WHOM Physically InJured
19 Respondent/ PlAintIFF VICTIM TAYLOR
20 ALLEdge (RN) Flynn, ET, AL, MolesTED
21 InmAte's, WAS ALlowed) TO And get —
22 AWAy WiTh it/ AS long AS (THE)
23 (RN)Flynn, COVERED-UP THE BeAting's
24 PHYSICAL InJury's OF RESPONdent/VICTIM
25 TAYLOR CAused BY DEFENDANTS
26 C/O ReMyso, ET, AL; C/O WilSON ET, AL,
27 (VSP) EMPloyee's, OUTRAGEOUS Conduct
28 CRimes,; SEE EXHIBit (10)CASE NO: —
   06-16791

CONTINUED PAGE (6)
INTRODUCTION

CONTINUED FROM PAGE (5) INTRODUCTION:

COMP:(5) TITLE: TAYLOR -V- Lt. Rankin, C/o man 2c,
C/o Gibbons et. Al. Respondent/plaintiff TAYLOR-
WAS Charge with Alledge crime, Assualt
BATTERY on Another Inmate upon Investigation
it came To (light) known That Due
To C/o Wolff, et. Al. STAGE (Hit) set-
up (Fight) To Inmre/ Harm, Respondent/
Plaintiff TAYLOR. That C/o WOLFF, Defendants
WAS Stageing fights, Arrangeing Assualts
In Appropriate Behavior was Being —
(Carryed)out FOR (payment) (Assualts,)
(Hits) FOR Hire/ Defendants et. Al. Respondents
Plaintiff Taylor Investigation was
Stopped!! Respondent TAYLOR was "Denied"
(evidence,) (Witness(es) Due (rocess,)
Equal PROTECTION of The Laws, United
STATES Consti, Tutions, was Violated
To Respondent Civil Rights: see
EXHIBIT (11) CASE NO. 06-16060, TAYLOR-
V-C/o WOLFF, C/o Gray; C/o Cato, et. Al.
Respondent/Plaintiff Taylor, Personal Property
WAS Taken Due To plaintiff's Race, Religion
Mental Disabil/y, plaintiff/Respondent Taylor
was Then Threatend, personal property Taken
given To Another Inmate; Respondent Taylor
Showed Receipts, Cronon's, And Still was
Denied" Personal property, Medical Appliance S
Due To Race, Religion (Disability):

(6)

Cont page (7)
Introduction

1259 P.C.

CONTINUED FROM PAGE (6) INTRODUCTION:

core P. 6. INTRO: Respondent/plaintiff VICTIM —
TAYLOR WAS ROBBED At gun point, "DENIED"
personal property, medical DOCTOR ORDERED
Appliances by c/o WOLFF, GRAY, ET, AL,
SEE: EXHIBIT (12) CASE NO: 06F 16007, TAYLOR —
v — c/o BRYANT; c/o GOMEZ, ET, AL. DUE TO
RETALIATION) Confidential Informant Whom
Alledge plaintiff/Respondent TAYLOR HAD)
X - RATED photographs of c/o Bryant, —
DUE TO RETALIATION By c/o GOMEZ, ET, AL, to
CARRY-out (HIT) ASSIDEA, ORDERED By c/o
TOWER, SEE EXHIBIT (7), c/o Bryant, c/o GOMEZ
ET, AL, went, into Respondent/plaintiff (CELL)
TOOK Several personal Items, TOOK Irreplace-
Able photo of Respondent TAYLOR (Deceased
mother) Refused TO Return/ HOLDing
until (I) MR TAYLOR Return X - RATED)
photographs c/o Bryant, SEE EXHIBIT (3)
ATTACHED" SEE: EXHIBIT (13) CASE NO: 06 16799 —
TAYLOR) - v — c/o CASTRO; DR. SCARMOZZINO; ET, AL
Respondent/plaintiff VICTIM TAYLOR A MENTALLY
physically Inmate, prisoner Incarcerated At
SALINIS VALLEY STATE PRISON WAS, HAS BEEN
Beaten/ Brutally Several TIMES Causeing
physically Injurys/ physical, Emotional/
Damages TO Body; Brain EMOTIONAL STATE
Then WAS put in (AD-SEG) HOLE

(7)    CONTINUED page (8)
1258 P.C.    INTRODUCTION #13

1  CONTINUED FROM PAGE (7) INTRODUCTION:

2  CONT P. (7) INTRO: AFTE ANOTHER (FAILED) ATTEMPT

3  ON RESPONDENT'S/PLAINTIFF TAYLOR LIFE JANUARY

4  8, 2005 (A) YOLANE ET AL. CARRYING OUT

5  ORDERS BY TRAINING OFFICER C/O TOWER

6  TO (BURN THE NIGGER ALIVE) SOON

7  THERE AFTER (I) MR. TAYLOR WAS

8  PUT IN (AD-SEG) HOLE TORTURED

9  PHYSICALLY ASSUALTED, DENIED, MEDICAL,

10  MENTAL HEALTH CARE, NEEDS, ACCESS

11  TO JUSTICE SEE, CASE NO: 06-16799

12  TAYLOR = V-SCARMOZZINO, C/O CASTRO ET. AL. THE

13  OUTRAGEOUS CONDUCT, CONSPIRACY BY

14  C/O'S, SGL'S, LT, CAPT'S, WARDENT, ET. AL.

15  SALINAS VALLEY STATE PRISON THE "DENIAL"

16  RESPONDENT/PLAINTIFF, VICTIM, TAYLOR (UNITED

17  STATES CONSTITUTIONAL RIGHTS, 1 st 5 th

18  6 th 8 th, 14 th, AMENDMENTS BY ANY

19  MEANS NECESSARY / WHICH LEAD, LEADING

20  STILL LEADING RESPONDENT /PLAINTIFF VICTIM /

21  TAYLOR TO SUFFER PHYSICAL INJURY'S,

22  EMOTIONAL, MENTAL DAMAGE THE

23  ACTIONS  ( THRU (3) HAS, NOT ONLY —

24  (CAUSED) RESPONDENT PHYSICAL INJURY'S /

25  BUT HAS CAUSED ON-GOING EMOTIONAL /

26  DAMAGE'S / PHYSICAL INJURY'S HAS (LEAD)

27  RESPONDENT DAILY ACTIVITIES TO BE (LIMITED

28  DUE TO PHYSICAL PAIN, SUFFERING HEAD ACHES

INJURED, KNEE, NECK, SHOULDER, LOWER BACK,

WORSEN HIP INJURY (8)

CONTINUED PAGE (9)

(CONTINUED) FROM PAGE (8) INTRODUCTION:
Cont P(8) Intro: RESPONDENT/PLAINTIFF-VICTIM
TAYLOR, JEFFREY (AMONT) TAYLOR, A STATE
PRISONER, Physically AND MENTALLY DISABLE
With (NO) Source Income!! AFTER-
Being (Brutally Beaten, Shot in The-
HEAD)(DENIED)" Medical, MENTAL HEALTH CARE
needs, Respondent/PLAINTIFF VICTIM A-
UNITED) STATES Citizen FILED several
civil Rights complaints, SEE: EXHIBIT
(14) ATTACHED: UNITED STATES, COURT Appeals
FOR THE NINTH CIRCUIT (COURT ORDER
FILED) MAY 15, 2007 CASE NO: 07-80050
"PRE-Filing/REVIEW ORDER" RESPONDENT/
PLAINTIFF-VICTIM TAYLOR Alledge Since APRIL 23
2002, AL Arriveing AL SALEM'S VALLEY STATE
PRISON (HIS) UNITED STATES Constitutional
Rights 1st, 5th, 6th, 8th, 14th Amendt
ment Rights (HAS) is Still being VIOLATED
Due TO (H's) Race, Religion, (RETALIATION-
DISIABILITY's)(All) His ACTIONS NOW BEFORE
The FEDERAL Court. (HAS)(IS) AL ONE-
TIME Been Dismissed FOR FAILURE to-
PROSECUTE) ETCCCC, But The (Real)
REASON is That Respondent/PLAINTIFF-
VICTIM TAYLOR, is (POOR) Respondent/
PLAINTIFF-VICTIM TAYLOR is A "POOR"
Black, Jewish, DISABLE Physically-
And (MENTALLY DISABLE PERSON!
                    (9)
                        CONTINUED PAGE (10)
                            INTRODUCTION

1  CONTINUED FROM PAGE (9) INTRODUCTION:
2  CONT P. (9) INTRO RESPONDENT/PLAINTIFF-VICTIM-
3  TAYLOR ALLEGE THAT ON SEPT 24, 2002
4  RESPONDENT/VICTIM TAYLOR WAS SHOT IN THE
5  HEAD; SOON THERE AFTER AFTER RESPONDENT
6  PLAINTIFF-VICTIM TAYLOR FILED CIVIL RIGHTS
7  COMPLAINT SEE; EXHIBIT (16) TAYLOR—
8  GODINEZ; LT. MANTEL, ET. AL. CASE NO: C-03 1643-
9  JW (PR); RESPONDENT/PLAINTIFF-VICTIM TAYLOR
10  ALLEGE; SOON THERE AFTER THE CONSPIRACY
11  TO (DENIE) HIS UNITED STATES CONST—
12  ITUTIONAL RIGHTS WAS HAS IS BEING
13  VIOLATED BY SALANIS VALLEY STATE PRISON
14  EMPLOYEES, ET, AL. RESPONDENT/PLAINTIFF
15  VICTIM TAYLOR ALLEGE (HE) (DUE NOT)
16  HAVE (ANY MONEY) POOR, BLACK, DISABLE
17  AND THAT IF (HE) DID OR DID HAVE
18  ANY MONEY THE TRUST ACCOUNT PRISON
19  OFFICALS HAVE AUTHORITY, SEE EXHIBIT
20  (16) ATTACHED: TRUST ACCOUNT OF RESPONDENT/
21  PLAINTIFF TAYLOR (GIVEN) "PRISON OFFICALS" AUTHORITY
22  TO TAKE ANY MONEYS RESPONDENT/PLAINTIFF
23  VICTIM RECEIVE (AND FORWARD) TO (COURT'S
24  SEE EXHIBIT (16) ATTACHED: TRUELY IT'S
25  NOT RESPONDENTS ATTON TO (NOT PAY)
26  COURT COST IT'S JUST THAT RESPONDENT
27  PLAINTIFF, VICTIM TAYLOR HAVE (NO) MONEY
28  SEE EXHIBIT (16) AT THIS TIME PAST (6 MONTHS
   TO 1 YEAR HAVE BEEN WAS WHOLLY PENNILESS AND

(10)

CONTINUED PAGE (11)
INTRODUCTION

Continued From page (11) Introduction:

Cont. (11) Intro: And simply could not pay the monies to (prosecute)! His Civil Rights to the United States Constitution being violated see: Exhibit (14) Attached it ("Ain't my) (Fault") That I'm "Penniles" poor, Black, Jewish, Disable) And the Outrageous Conduct. Due to the (Racist) Misuse of Authority Carryed out. Being carryed out by Defendants in All Cases Cited Exhibit (14) Respondent (Plaintiff-Victim being Brutally beaten, Physically Injured, Emotional, mental Injurys caused) Trying to be covered up!! I, Mr. Taylor Respondent (Plaintiff: Victim Taylor Only Pray, Move, Request Access to the ~~Halls of Justice~~! Access to Courts 1st Amendment Rights United States Constitution to Address my 1st, 4th, 5th, 6th, 14th, Amendment Rights being violated each case Cited (Court Order) Pre-Filing Review Order May 15, 2007 See Exhibit (14) Attached / Respondent / Plaintiff — Victim Taylor Broadly speaking these (cases) raises the issue of whether / Access to the Halls of Justice /

Continued page (12) Introduction

17 S&P.C.

CONTINUED FROM PAGE (11) INTRODUCTION:

CONT. P. (11) INTRO, FOR A DESTITUTE POOR, Jewish, Physically, MENTALLY DISABLE prisoner Will be perserved, Consonant with Existing law and Congress most Recent (enactments), "Ultimately" I, MR. (TAYLOR), RESPondent only seeks The Opportunity to Have my Civil Rights ACTIONS! ADJUDICATED on THE merits, SO FAR, However, I Have Been Being "DENIED" This Opportunity As A Result By The Honorable CIRCUIT Justices, NINTH CIRCUIT Court, of Appeals "DENIED" RESpondent / Plaintiff, Victim TAYLOR (To, DEMAND) His Jury TRIAL TO (His) Civil Rights Actions, ADJUDICATED On THE merits, SO FAR However, HE (HAS) Been "DENIED," This Opportunity AS A RESULT OF THE DISTRICT Court of CALIFORNIA, AND THE NINTH CIRCUIT Court Of Appeals Application of (ERRONEOUS), laws, understanding of The 1st, Amendment Rights, TO (Justice) FOR THE (POOR AS The (Rich)) RESpondent / Plaintiff, Victim TAYLOR, Alledge, The understanding of Relevant law, Being misused By The DISTRICT Court, NINTH CIRCUIT Court OF APPEALS it's (13)

1258 P.C.

CONTINUED PAGE (13)

INTRODUCTION

Continued from page (12) "Introduction"
Cont. P. (12) Intro; "Abuse" of Discretion!
in Exercising its power of (Dismissal)
Failure to Prosecute (Alledged) Due
to Respondent/Plaintiff-Victim-Taylor-
is Poor, Black, Disable,
Physically, Mentally Disable,
The Honorable Circuit Justices
Court of Appeals Failure to
Follow Vital Procedural Requirements,
and it's Violation of Respondent/
Plaintiff-Victim Taylor Due
Process, Equal Protection of The
Laws, United States Constitution
1st, 4th, 5th, 6th, 8th, 14th, Amendments
Respondent/Plaintiff Jeffrey Lamont
Taylor Pray, Move (Request) The
Honorable Circuit Justices, Court
of Appeals to "Dismiss" Reverse
The "Pre-Filing Review Order"/May
15, 2007 "Order", And (Grant)
Continue Respondents, In Forma
Pauper's Status That HAS been
"Granted" Requested in Each
of Respondent/Plaintiff Taylor
Civil Rights Violations (1) 06-16007, (2)
06-16008, (3) 06-16060, (4) 06-16775, (5) 06-16791
(6) 06-16793, (7) 06-16794, (8) 06-16795, (9) 06-16796
(10) 06-16798, (11) 06-16799, (12) 06-16800, (13) 06-16888, (14) ████
C-03-1643-JW-(PR).   (13)
1258 P.C.

Continued page (14)
Introduction

1  CONTINUED FROM PAGE (13) INTRODUCTION:

2  CONT P. (13) INTRO: TO BE SET, FOR JURY—

3  TRIAL, SO THAT RESPONDENT/PLAINTIFF TAYLOR—

4  MAY HAVE (HIS) JUSTICE, DAY IN COURT

5  DUE TO (HIS) (CIVIL RIGHTS)/ BEING—

6  VIOLATED ONLY THEN WILL RESPONDENT/—

7  PLAINTIFF TAYLOR HAVE (HIS) DUE PROCESS—

8  EQUAL PROTECTION OF THE LAW, RIGHTFUL DAY—

9  IN COURT; ONLY THEN WILL RESPONDENT/PLAINTIFF

10  TAYLOR ENJOY THE MEANINGFUL AND ADEQUATE

11  ACCESS TO THE HALLS/ OF JUSTICE  TO

12  WHICH ALL UNITED STATES CITIZENS ARE

13  ENTITLED (RICH) OR (POOR) ARE ENTITLED/"

14  REGARDLESS OF THIER ECONOMIC STATUS—

15

16

17

18                    II

19  STATEMENT  OF JURISDICTION

20  THIS COURT HAS JURISDICTION TO HEAR—

21  THIS APPEAL UNDER 28 U.S.C. is 1291 THE

22  NINTH CIRCUIT COURT OF APPEALS, PRE-FILING

23  (ORDER) MAY 15, 2007. SEE EXHIBIT (14) ATTACHED/

24  RESPONDENT/PLAINTIFF JEFFREY LAMONT TAYLOR—

25  OBJECTS/, OPPOSE, HONORABLE PETER L. SHAW—

26  APPELLATE COMMISSIONER "ORDER" MAY 15, 2007

27  CASE NO: 07-80050; WITH THIS NOTICE

28  FILING MAY 28, 2007.

                    (14)
                    17.59.P.1.

Continued From Page (10)

## III

ISSUES PRESENTED

IS THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT IN (ERROR) By Dismissing Respondent/Plaintiff Jeffrey Lamont Taylor - Civil Rights Case's, SEE: **EXHIBIT (14) ATTACHED** Due To "FAILURE TO PROSECUTE"; Due To Respondent/Plaintiff Jeffrey Lamont TAYLOR is (POOR) RESPONDENT/Plaintiff TAYLOR Alledge (HIS) Civil Rights WAS, HAS, is Being Been VIOLATED SEE; ATTACHED CASE's Filed Exhibits 1 Thru 13; Respondent/Plaintiff Jeffrey Lamont TAYLOR is Physically And Mentally DISABLED Respondent/Plaintiff Prisoner Whom WAS "GRANTED" InForm A PAupers On several OCCASSion's Due To (HIS) Civil Rights Being VIOLATED; ISA 5th, 6th, 8th, 14th Amendments TO THE UNITED STATES CONSTITUTION; On Several Civil Rights, CASES; HONORABLE DISTRICT Court; NINTH CIRCUIT COURT of APPEALS HAS (RE-DACTED) TOOK-BACK RESPONDENT/Plaintiff Jeffrey Lamont TAYLOR InForma PAuperis STATUS; Due TO Respondent/Plaintiff TAYLOR (HAS) "NO" Money/Income!

1258.P.C.

Continued Page (16)<br>Issues presented

1. CONTINUED FROM PAGE (16) ISSUES PRESENTED
2. CON. P. (16) ISSUE'S; SEE EXHIBIT (17) ATTACHED:
3. UNITED STATES DISTRICT COURT (Threats)
4. "ORDER's" TO RESPONDENT/PLAINTIFF TAYLOR
5. CONCERNING PAYMENTS, CIVIL RIGHTS COMPLAINTS
6. VIOLATIONS AGAINST RESPONDENT/PLAINTIFF TAYLOR
7. SEE EXHIBIT (17) SEE EXHIBIT (16) RESPONDENT,
8. PLAINTIFF TAYLOR JUST (DO NOT) HAVE—
9. NOT HAD ANY— ANY (MONEY'S) SINCE
10. (I) DON'T KNOW WHEN RECEIVED
11. $20.00 FROM X-WIFE 1,2 YEARS AGO
12. BUT WAS ROBBED BY C/O TOWER C/O BETTER
13. C/O GONZALES, SGT MOORE TOOK $20.00
14. USED FOR (SUPERBOWL PARTY) BUT
15. ANYWAY (I) RESPONDENT/PLAINTIFF TAYLOR
16. CAN, AT THIS TIME (COULD—NOT COMPLY
17. WITH HONORABLE DISTRICT COURT, CALIFORNIA OR
18. UNITED STATES NINTH CIRCUIT COURT OF
19. APPEALS "ORDER'S" // FOR RESPONDENT/
20. PLAINTIFF TAYLOR TO (PAY) // FILING FEES
21. SEE EXHIBITS 16; (17) WAS, IS NOT
22. RESPONDENT/PLAINTIFF TAYLOR FAULT BECAUSE
23. HE IS POOR! HAD, (HAS) ABSOLUTELY NO—
24. INCOME OR MEANS TO AFFORD THE FILING
25. FEE'S, PARTIAL FILING FEE'S

26. **IV**
27. FACTUAL AND PROCEDURAL BACKGROUND
28. WITH THIS OPPOSITION (OBJECTION RESPONDENT/
    PLAINTIFF JEFFREY (ANIONS) TAYLOR, (In Pro Per)

(16)
175 B.P.C.

CONTINUED PAGE (17)

1  Continued from page (16) Factual Background Background ;
2  (Cont' p. 16) IV (Background); physically, mentally
3  Disable (prisoner)' seeks nothing more Than
4  To Have (His) (opportunity) To Testify,
5  put evidence, witnesses) - To The fore-
6  going Facts (Brutal Beating's, (2) Physical Injury's
7  (3) Deliberate Indifference ; serious medical needs, care,
8  Retaliation ; (4) mis use Authority Denial Due process ;
9  Equal protection of The laws ; 115 (Housing's)
10 (5) Robbery of personal property Due To
11 Respondent/plaintiff Taylor Mental Illness, Physical
12 Injury's Respondent/plaintiff was, Has been
13 forced/molested, "Denied" Adequate Investigation
14 To cover-up Incidents 1-Thru (15)/ which
15 Has lead To physical Injury's, Emotional, mental
16 Injury's/ Respondent/plaintiff Taylor only (pray)
17 More, Request for (His) Damage Injury Trial ,
18 Before The Honorable (court's) So
19 That The Jury, Honorable Judge (court)
20 Can decide , based on The (merits) evidce
21 witnesses) of (His) (case's)/ whether
22 (His) (civil Rights) Has been violated/
23 by (Defendant's, (VSP) employee's/
24 Et, Al.. Due To The Brutal Beating's,
25 Deliberate Indifference, medical Denial
26 To serious medical needs, care' which Has
27 lead, leading Respondent/plaintiff Taylor
28 To wanton Infliction pain suffering, Inhuman
   Treatment, living Conditions Daily/
   Continued page (18)
   125 P.C.                        procedural Background

1. (Continued) FROM (17) Factual And procedural Background)
2. Cont.P (17) Background. (Denial) Life, Liberty, Property
3. 1st, 4th, 5th, 6th, 9th, 14th, Amendment (Rights)
4. To The UNITED STATES CONSTITUTION (!)
5. SEE, EXHIBIT's 1 Thru 18 ATTACHED Concerning
6. Respondents/ Plaintiffs TAYLOR ('FACTS') +
7. Summarized., Below; Throughout WAKE
8. (that Respondent) Plaintiff Taylor (Has Been
9. Denied) 1st, 5th, 4th, 6th, 14th, Amendment
10. Rights. UNITED STATES Constitution Has
11. Been "Denied" "Opportunity To Address", Constit
12. utional violations, suffered) Suffering "Through"
13. The "enforcement" of unconstitutional Laws
14. Rich man poor man Laws/ 1st Amendment
15. Rights. Access To courts. Justice, court
16. House Steps Due To Respondent/Plaintiff
17. being (poor) physically, mentally, Ill
18. can't work, can't get monies, To
19. Pay court filing cost/ which is Deprive
20. Depriveing Respondent/plaintiff Taylor (HIS)
21. Due process, Equal protection of the LAWS,
22. Constitutional Rights. Due To Erroneous
23. Laws) And An (Abuse) of Discretion/
24. by The Northern District courts, NTATH
25. Circuit court of Appeals of California
26. And Through procedural shortcomings, in The
27. Disposition of The "ORDER", ORDER'S
28. Below, SEE EXHIBITS 14, 17, 18,
Where Honorable Judges, courts ordered
(18)
CONTINUED PAGE (19)
7.5BP-( procedural Background

(CONTINUED) FROM PAGE (18) PROCEDURAL (BACKGROUND)

CONT. & (18) BACKGROUND: SEE, EXHIBIT (18)

ISSUES; CIVIL RIGHTS VIOLATED By

DEFENDANTS (SVSP) ET, AL, EXHIBITS

1 Thru 18;

"Filing FEE" SAGA

OPPOSING OBJECTION'S By Respondent/
Plaintiff/ APPELLANT - VICTIM TAYLOR TO
HONORABLE Judge Court NORTHERN DISTRICT OF
CALIFORNIA" HONORABLE CIRCUIT JUSTICES
NINTH CIRCUIT Court of APPEALS
May 17, 2006; SEPT 1, 2006; EXHIBIT 18 Am) [7]
May 15, 2007 "ORDER" PRE-FILING REVIEW
ORDER FILED By HONORABLE PETER L. SHAW
Appellate Commissioner.
SINCE RESPONDENT/ Plaintiff VICTIM JEFFREY
LAMONT TAYLOR/ Physically, MENTALLY ILL/
DISABLE Prisoner/ Whom CAN'T WORK TO
get 1st Amendment Rights ACCESS TO
Justice, Courts, UNITED STATES CON-
STITUTIONAL Rights (HE) RESPONDENT/Plaintiff-
VICTIM TAYLOR Whom WAS, is PENNILESS
(HE) is, WAS UNABLE TO PAY CIVIL Rights
VIOLATIONS Filing FEES SEE; EXHIBIT 17, ATTACHED
SEE, EXHIBIT (18) FILED May 1, 2006; Sept 1, 2006;
EXHIBIT (14) FILED May 15, 2007; ("O'SC") Dismissals
ORDER; PRE-Filing REVIEW ORDER.

(19)

1258 P.C.

CONTINUED) PAGE (20)

1  CONTINUED from page (19) Procedural Background
2  (cont. p. (19) Background: Respondent/plaintiff-
3  victim Traylor Responded To All Court
4  Orders, (SC) Appealed Dismissals
5  explaining (He) "Do-not" Have money
6  funds, To pay That (He) Was
7  physically, mentally Disable And
8  Did-not" Have The money
9  To pay Court cost (see; Exhibit 8
10  (Iff) Any money would of came
11  into Respondent/plaintiff-victim Account
12  it would of Immedeatly been Forward-
13  ed To Courts, see Exhibit (8) Federal
14  Filing Holds (see; Exhibit 8) As The
15  Statement (indicates) The Fund's Has,
16  Has Revolved Around, paying Federal Court
17  Filing Fees when Possible) Activities
18  Related To The pursuit of (His) legal Actions
19  including legal copying See; Exhibit (8) Federal
20  Filing Holds July 1, 2006 Thru march 13, 2007
21
22
23  V  STANDARD OF REVIEW
24  A District Court's Dismissal of A Action
25  For Failure To Comply with Any ORDER
26  of The Court is Typically Reviewed for
27  Abuse of Discretion see; Eldridge
28  Block 832 F2d 1132, 1136 (9th cir 1987)
   moreover

1. Continued From Page (20) STANDARD OF REVIEW:
2. Core P (20) Review; it is well-settled, That
3. where Courts exercise of Discretion is
4. Based on An ERRONEOUS UNDERSTANDING
5. Of The LAW THAT DECISION MAY
6. Be Freely OverTurned) SEE: In Re
7. Arden 176 F3d 1226, 1228 (9th Cir 1999) As
8. The NINTH CIRCUIT HAS NOTED —
9. ["C]onclusions of Law ... Are Re-
10. viewable de novo, And An EXERCISE
11. of Discretion based on An erroneous
12. conclusion of Law can be freely
13. OverTurned) by The Appellate Court-
14. LE Grand) STEEL Products Co. — V Goldberg 796
15. F2d 318, 321 (9th Cir 1986)
16. Additionally, A DISTRICT COURT'S interpretation
17. Of The Federal Rules is An Application of Law
18. Reviewed de novo SEE UNITED STATES
19. V Bensimon 172 F3d 1121, 1125 (9th Cir 1999)
20. It is An AXIOMATIC principle Of Our Legal
21. System That A physically, mentally Ill,
22. Disable individual should not be Deprived
23. Of meaningful Access TO JUSTICE, Courts AFTER
24. Being BruTally Beaten, physically InJured —
25. "Denied" Adequate medical care, needs/
26. DeliberRate Indifference TO Serious medical
27. needs care That lead, leading TO
28. Wanton Infliction PAIN AND Suffering
    DAILY!
    (2#)                    (ConTinued) page (22)
    17-58 P.C.              STANDARD of Review

CONTINUED from page (21) STANDARD of Review:
Civil (21) Review; ROBBED personal property;
The "DENIED" (HIS) CIVIL Rights, DAY in
Court; Because of (HIS) POVERTY;
However, AS A Result of Respondent/
Plaintiff-Victim Jeffrey Lamont TAYLOR
inability TO Pay Courts filing FEE's
Because (He) 'is POOR, physically, ment-
ally DISABLE The UNITED STATE DISTRICT
Court NOTTHERN DISTRICT CALIFORNIA, NINTH
CIRCUIT Court of APPEALS "DISMISSED"
Respondent/ Plaintiff-Victim TAYLOR CIVIL
Rights Complaints; with this OPPOSITION,
These OBJECTIONS, I, Mr. TAYLOR SHOW/
Cause, PRAY, Move Simply ASKS TO HAVE
my VALID grievances HEARED Before A-
Court, JURY of LAW, PEERS Regardless
of my impecuniousness, Respondent Seeks-
nothing more Than the OPPORTUNITY TO HAVE
my CIVIL Rights CLAIMS ADJUDICATED on There
merits from The BRUTAL BEATINGS; TO THE
DELIBRATE Indifference TO serious medical needS
TO The Physical Injury's, Emotional, mental
DAMAGES! The DISTRICT COURTS, NINTH
CIRCUIT COURT of Appeals (Dismissal's) of
Respondent/ Plaintiff-Victim TAYLOR CIVIL
Rights CLAIMS, ACTIONS, The PRE-filing
REVIEW "ORDER" REPRESENTS A DEPRIV-
ATION; of Respondent/ Plaintiff-Victim TAYLOR

(22)
17596.C.

Continued page (23) STANDARD of Review

(CONTINUED) FROM PAGE (22) STANDARD OF REVIEW CONT P. (23) REVIEW: RIGHTS TO THE UNITED STATES CONSTITUTION'S 1st; 5th; 6th; 14th; AMENDMENTS, ACCESS TO COURTS, JUSTICE, DUE PROCESS; EQUAL PROTECTION OF THE LAWS TO THIS EFFECT THE FILING FEES; PROVISIONS, ID, FOR A INDIGENT POOR/DISABLE PERSON VIOLATES RESPONDENT'S TAYLOR CONSTITUTIONAL RIGHT OF MEANING ACCESS TO THE JUDICIARY. MOREOVER THE ENFORCEMENT OF THIS FILING/FEE; TO A POOR, DISABLE PERSON REPRESENTS A VIOLATION OF RESPONDENT'S/PLAINTIFF TAYLOR EQUAL PROTECTION RIGHTS. THIS CONCLUSION IS INESCAPABLE WHETHER THE COURT APPLIES STRICT SCRUTINY OR RATIONAL BASIS REVIEW HE DOES NOT POSSESS THE MEANS TO PAY AN INITIAL PAYMENT, PARTIAL FILING FEE AS THE DISTRICT COURT'S; NINTH CIRCUIT COURTS OF APPEALS REQUEST FOR EXAMPLE THE PLRA MANDATES "IN NO EVENT" SHALL A PRISONER BE PROHIBITED FROM BRINGING A CIVIL ACTION ... FOR THE REASON THAT THE PRISONER HAS NO ASSETS AND NO MEANS BY WHICH TO PAY THE INITIAL PARTIAL FILING FEE 28 U.S.C. §1915(b)(4) (EMPHASIS ADDED) THIS PROVISION WAS NEVER ONCE ACKNOWLEDGED BY THE DISTRICT COURT; NINTH CIRCUIT COURT OF APPEALS IN ITS DISCUSSION OF ¶ES. (23) DISMISSAL RECOMMENDATIONS 1258 P.C.

CONTINUED PAGE (24)

1  Continued From page (23) Standard of Review
2  Con't P. (23) Review: Furthermore, The Application
3  of This Provision is Vital To The Constitutionality
4  of The PLRA on Due Process grounds, As
5  it ensures That All Potential litigants
6  Have Adequate, effective And meaningful
7  Access To The Courts, Justice even
8  if They Are severely indigent.
9  "under NINTH CIRCUIT Precedent, Respondent/
10 Plaintiff TAYLOR Qualifies As A Plaintiff/Prisoner
11 Suffering From Abject Poverty And possessing A
12 legally-Cognizable inability TO PAY The
13 Court Filing FEES, PARTICAL filing FEES, Admittedly
14 When Determining The Ability of An in Forma
15 Pauper's Plaintiff TO PAY A PARTICAL Filing FEE,
16 The Court may Consider The PLAINTIFF'S CASH
17 Flow in The Recent PAST, And The EXTENT
18 To which The Plaintiff HAS Depleted His
19 SAVINGS on nonessentials" Alexander -v- Carson
20 Adult High School, 9 F3d 1448, 1449 (9th Cir 1993)
21 However, in The CASE AL HAND, TAYLOR
22 HAS DEMONSTRATED His Abject Poverty, His
23 inability TO PAY (His) PARTICAL Filing FEE is
24 not merely A LifeStyle Choice, whereby MR.
25 TAYLORS SpendRift ways have Finally
26 Caught up with Him, RATHER, His inability
27 Stems from utter penniUESSness And A Com-
28 plete lack of Resources SEE EXHIBIT (8) Attached.

(24)
17 Sep. C.
Continued page (25)
STANDARD Review

Continued from page (24) STANDARD OF REVIEW

Con't P (24) Review:

Respondent/Plaintiff Taylor Object

Oppose "ORDER" by The NINTH

CIRCUIT COURT APPEALS "ORDER"

To "Respond Show Cause" Why

The Honorable Court Should not

Enter The Following PRE-Filing Re-

view ORDER Filed/May 15, 2007 Case

No: 07-80050, Respondents/Plaintiff

Taylor Can Cite, Argue 100

Case's Concerning The Brutal

Beatings, his use Authority

Deliberate Indifference To serious

medical needs, Care (He) Has

Suffered At The Hands of

Defendants, All Channel Exhibit

(14) (ORDER) Respondent HAS

evidence, witnesses to All

Alledge And (who) Is The

NINTH CIRCUIT Court of

APPEALS, District Courts

Northern District California

To Alledge, Claim Respondent/

Plaintiff Taylor Claims Are Re-

petitious, Frivolous, And That

Respondent Taylor Failure To

Prosecute Due TO (HE) Respondent/

Plaintiff Taylor

(25)

1254 P.C.

Continue Page/26 Review

(Continued from page (25) STANDARD) of Review
cont R (25) Review: is POOR] Physically,
mentally DISABLE) AND Have not,
DO not Have Anymoney Respondent
PLAINTIFF Allege (HE) / HAS, WAS
Been Brutally BEATEN on several
occasions, Physically Injured)
Denied) in Adequate medical
DENTAL CARE which HAS
(LEAD) TO PLAINTIFF TO suffer
WANTON Infliction Pain Suffering
Respondent Plaintiff Taylor Has)
Been molested) By Defendants
EE AL. Respondent) PLAINTIFF TAYLOR
A UNITED) STATES Citizen, Poor,
Black, Jewish, Physically mentally
DISABLE only Ask, Pray, move
Request (His) / Civil Rights violations
TO Be Addressed) As They want)
If (HE) Respondent Had) The (money)
Court Filling FEES TO Prosecute)
Respondent/ Plaintiff - Victim Taylor only
Asks For Equal Protection of The
Laws, Due Process Fundamental Right
To Address (His) 1st, 4th, 5th, 6th,
14th, 8th Amendment Rights TO The
UNITED) STATES Constitution Being
VIOLATED / Rodriquez-v-Cook 169 F3d 1176 (9th Cir
1998)

(26)
1750 P.C.

(Continued) page (27) Review

Continued from page (26) STANDARD of Review
(cite P(26) Review: Romes - V EVANS 517 US -
620 (1996). Respondent / plaintiff, Victim Taylor
will cite only, Argue, Conclude with
the) physically / mentally disable, poor
Black prisoner, UNITED STATES
citizen pray move, request (His)
DAY In Court before A (Jury)
* to prove, show (His) United
STATES CONSTITUTIONAL Rights, was
has, is being violated)

1st Amendment UNITED STATES CONSTITUTION
4th, Amendment UNITED STATES CONSTITUTION
5th Amendment UNITED STATES CONSTITUTION
6th Amendment UNITED STATES CONSTITUTION
8th, Amendment UNITED STATES CONSTITUTION
14th Amendment UNITED STATES CONSTITUTION


"CONCLUSION"

FOR The fore go Reason's Above
Throughout Respondent / plaintiff - victim
Jeffrey lamont Taylor objection's
opposition, ORDER To show Cause
(why) Pre Filing Review ORDER
is not only Denying Respondent
1st Amendment Right's But Also
Violating Respondent's Due process,
Equal protection of The law || Due
to (Respondent being poor → Respondent / plaintiff
Jeffrey lamont Taylor (27)   Demand Jury Trial on All
civil Rights violations.    1758 P.C.   (Respectfully submitted)
dated 4-29-2007