IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LAMONT TAYLOR,<br><br>        Plaintiff,<br><br>  vs.<br><br>PETER L. SHAW,<br><br>        Defendant. | No. C 07-02979 JW (PR)<br><br>JUDGMENT |

Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff did not apply for leave to proceed in forma pauperis nor pay the filing fee, so on September 27, 2007, this Court's clerk sent him a notice that he must do either file an in forma pauperis application or pay the full filing within thirty days or the case would be dismissed. Although that deadline has since passed, plaintiff has not complied.

For the foregoing reasons, this case is DISMISSED without prejudice. The clerk shall close the file.

DATED:   November 6, 2007                        _/s/ James Ware_
                                                                   JAMES WARE
                                                                   United States District Judge